```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                              CASE NO. 08 B 31096
    FELIPE CRUZ
                                                    CHAPTER 13

                                                    JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-2181


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      The case was filed on 11/14/2008 and was not confirmed.

      The case was dismissed without confirmation 01/05/2009.
-----------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
-----------------------------------------------------------------------------
SAXON MORTGAGE SERVICES   MORTGAGE NOTI   NOT FILED           .00          .00
B-REAL LLC                UNSECURED        2230.33            .00          .00
B-REAL LLC                UNSECURED        2183.61            .00          .00
PRO SE DEBTOR             DEBTOR ATTY         .00                          .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                          RECEIPTS               DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                          --------------        --------------
TOTALS                       .00                      .00

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 03/05/09                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```